**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-** |
| **v.** | : | **DATE FILED:** |
| **ERMA WILLIAMS** | : | **VIOLATION:** |
| | : | **49 U.S.C. § 46314(a), (b)(2) (evading airport security – 1 count)** |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

On or about April 10, 2026, in the Eastern District of Pennsylvania, defendant

**ERMA WILLIAMS**

knowingly and willfully entered, in violation of security requirements prescribed under Title 49, United States Code, Sections 44901, 44903(b) & (c), and 44906, an aircraft and airport area that serves an air carrier, that is, the sterile area of the Philadelphia International Airport, with intent to evade security procedures and restrictions, that is, (1) the requirement that all individuals who enter a secured or sterile area or board an aircraft must submit their person and accessible property to inspection and screening; (2) the requirement that all individuals who enter a secured or sterile area or board an aircraft must comply with the systems, measures, or procedures being applied to control access to, or presence of movement in, such areas; and (3) the prohibition that no person may tamper or interfere with, compromise, modify, attempt to circumvent, or cause a

person to tamper or interfere with, compromise, modify, or attempt to circumvent any security system, measure, or procedure, namely by bypassing TSA Security and failing to identify herself or produce a passport or boarding pass or any other identifying document, and by bypassing security measures at the airline jetway by failing to produce a boarding pass.

In violation of Title 49, United States Code, Section 46314(a), (b)(2).

**A TRUE BILL:**

[redacted]

Christine E. Sykes for

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*____________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

ERMA WILLIAMS

INDICTMENT

49 U.S.C. § 46314(a), (b)(2) (evading : airport security – 1 count)

[redacted]